# IN THE SUPREME COURT OF THE STATE OF NEVADA

LENNAR RENO, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
    Appellant,
vs.
LARRY MEIKLE, INDIVIDUALLY, ET
AL.,
    Respondents.

No. 66585

**FILED**

OCT 3 0 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

LENNAR RENO, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
    Appellant,
vs.
ROBERT HOWARD AND CHERI
HOWARD, INDIVIDUALLY, ET AL.,
    Respondents.

No. 67204

LENNAR RENO, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
    Appellant,
vs.
GREG JENESS, INDIVIDUALLY, ET
AL.,
    Respondents.

No. 67208

LENNAR RENO, LLC,
    Appellant,
vs.
NICHOLAS ALLEN BAJURIN,
INDIVIDUALLY, ET AL.,
    Respondents.

No. 67474

## ORDER DISMISSING APPEALS

Pursuant to the stipulation of the parties, and cause appearing, these appeals are dismissed. NRAP 42(b). The clerk shall issue the remittitur forthwith. *Id.*

It is so ORDERED.

         Cherry , C.J.

SUPREME COURT
OF
NEVADA

(O) 1947A

17-37076

cc: Gordon & Rees Scully Mansukhani LLP
Shinnick, Ryan & Ransavage P.C.
Stephen Haberfeld, Settlement Judge
Robert Eisenberg, Settlement Judge